UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAMERON WAYNE SMITH, | ) | 1:05-CV-01210 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #10] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| PAUL M. SCHULTZ, | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On October 23, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to prosecute. Specifically, Petitioner had failed to keep the Court apprised of his current address. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) days of the date of service of the order.  Over ten (10) days have passed and no party has filed objections. The Court notes the Findings and Recommendation were returned by the U.S. Postal Service as undeliverable.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 23, 2006, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.
IT IS SO ORDERED.

**Dated:    December 3, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE